**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Kenneth E. THORNTON Defendant-Appellant.**

**No. 15-14502
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

May 15, 2017

Michelle Lee Schieber, U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Columbus, GA, for Plaintiff-Appellee

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Sydney R. Strickland, appointed counsel for Kenneth Thornton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thornton's conviction and sentence are **AFFIRMED**.